**Order entered August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00531-CV

**JUAN CARLOS FLORES, Appellant**

**V.**

**CHASCO, INC. A/K/A CHASCO INTERIORS, INC., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-14912-H**

## ORDER

The reporter's record in this case is overdue. By postcard dated June 3, 2014, we notified Court Reporter Sharron Rankin the reporter's record was overdue and directed her to file the reporter's record within thirty days. By order dated July 14, 2014, we again notified Ms. Rankin the reporter's record was overdue. We ordered Sharron Rankin, Official Court Reporter for the 160th Judicial District Court to file, within fifteen days, either (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not paid for or made arrangements to pay for the record. To date, Ms. Rankin has not filed the record or the required verification nor has she corresponded with the Court regarding the status of the reporter's record.

Accordingly, this Court **ORDERS** Sharron Rankin, Official Court Reporter for the 160th Judicial District Court to file, within **TEN DAYS**, either (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the record or has not paid for or made arrangements to pay for the record or has been found not to entitled to proceed without payment of costs. We expressly **CAUTION** Sharron Rankin that failure to comply with this order may result in an order that she not sit as a court reporter until she complies. *We notify appellant that if we receive verification he has not requested, and paid for or made arrangements to pay for the reporter's record if he has not been found entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Honorable Jim Jordan
Presiding Judge
160th Judicial District Court

Sharron Rankin
Official Court Reporter
160th Judicial District Court

All parties

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE